E-FILED
Wednesday, 25 April, 2012 03:38:05 PM
Clerk, U.S. District Court, ILCD

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF ILLINOIS
# PEORIA DIVISION

| | |
|---|---|
| AUDREY L STRODE,<br><br>　　Plaintiff,<br><br>　　　v.<br><br>WYETH, INC., et al.,<br><br>　　Defendants. | Case No. 04-cv-1173 |

## O P I N I O N and O R D E R

This matter is before the Court on the Joint Stipulation of Dismissal with Prejudice Pursuant to Rule 41 filed by Plaintiff and Defendants on February 2, 2012 (Doc. 22). Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and the Stipulation for Dismissal signed by counsel for Plaintiff Audrey Strode and counsel for Defendant Wyeth, Inc. and Wyeth Pharmaceuticals, Inc., this action is DISMISSED WITH PREJUDICE with each party to bear its own costs and attorneys' fees. IT IS SO ORDERED.

CASE TERMINATED.


Entered this <u>24th</u> day of April, 2012.

　　　　　　　　　　　　　　　　　　　　　　　s/ Joe B. McDade
　　　　　　　　　　　　　　　　　　　　　　JOE BILLY McDADE
　　　　　　　　　　　　　　　　　United States Senior District Judge